IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ANTONETTE BOOKMAN<br>　　Plaintiff, | §<br>§<br>§   Civil Action No. DR:23-CV-30-AM-CW |
| V. | §<br>§ |
| CASILLAS, INC.<br>And JUAN CASILLAS<br>　　Defendants, | §<br>§ |

### DEFENDANTS JUAN CASILLAS AND CASILLAS, INC'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Defendants, Juan Casillas and Casillas, Inc. (hereinafter "Defendants"), and file this Motion for Leave to File their First Amended Answer to Plaintiff's Original Petition and respectfully show the Court:

Defendants seek to file their First Amended Answer to Plaintiff's Original Petition, attached hereto as Exhibit 1, to conform their Answers with the Federal Rules of Civil Procedure. The amendments will not serve to prejudice Plaintiff.

### BACKGROUND

1. Plaintiff filed this lawsuit in state court in the 293rd Judicial District Court, Maverick County, Texas, on December 15, 2022.

2. Defendants filed their Original Answer to Plaintiff's Original Petition, on May 30, 2023.

3. Defendants timely filed their notice of removal on June 7, 2023.

4. This matter has not been set for trial.

5. Defendants' counsel has reached out to Plaintiff's counsel regarding the relief requested, pursuant to FRCP 15. Defendants' counsel does not know if plaintiff's counsel opposes Defendants' Motion for Leave to Amend.

## ARGUMENT & AUTHORITY

6. The Supreme Court has provided that "[l]eave to amend 'shall be *freely given* when justice so requires'; this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962) (citing Fed. R. Civ. P. 15(a)). Moreover, "a motion for leave to amend should not be denied unless there is 'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amended previously allowed [or] undue prejudice to the opposing party by virtue of allowance of the amendment. . ." *U.S. ex re;. Willard v. Humana Health Plan of Texas, Inc.*, 336 F.3d 375, 386 (5th Cir. 2003) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)). This Court has discretion to permit Defendants to amend their answer. *Foman*, 371 U.S. at 182 ("the grant or denial of an opportunity to amend is within the discretion of the district court…").

7. Defendants request an opportunity to amend their answer to conform with the requirements of the Federal Rules of Civil Procedure, and to assert additional common law defenses against Plaintiff's claims. The deadline for discovery is November 11, 2024. Additional discovery between the parties has been completed subsequent to the filing of defendants original answers in the state matter.

8. A pretrial conference is not currently set for, nor is there a trial date. Thus, to the extent that Plaintiffs contend that they would be prejudiced by Defendants' amended answer, there is sufficient time to conduct any additional discovery that may be needed, however, it is not anticipated that the Amended Answer will create a basis for any further discovery. Accordingly, Defendants' Motion for Leave should be granted.

WHEREFORE, PREMISES CONSIDERED, Defendants Juan Casillas and Casillas, Inc. pray that the Court GRANT this Motion for Leave to File Defendants' Amended Answer to Plaintiff's Original Petition pursuant to Federal Rule of Civil Procedure 15.

Respectfully submitted,

**RAY | PEÑA | McCHRISTIAN, P.C.**
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
(210) 348-1827 Direct Line
(210) 341-3554 Telephone
(210) 341-3557 Facsimile

_____
**Larry A. Matthys**
State Bar No. 13228460
lmatthys@raylaw.com

**ATTORNEY FOR DEFENDANTS CASILLAS, INC. and JUAN CASILLAS**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 3rd day of June, 2024 I electronically filed ***Defendants Casillas, Inc's and Juan Casillas Motion for Leave to File First Amended Answer*** with the Clerk of Court using the CM/ECF system, as well as, sent notification of such filing by certified mail to the following:

**VIA E-SERVICE**
Michael Miller
LAW OFFICES OF MICHAEL MILLER, PC
926 Chulie Drive
San Antonio, Texas 78216
-and-
Charles Shattles
WATKINS & SHATTLES, PLLC
926 Chulie Drive
San Antonio, Texas 78216
chuck@wstriallaw.com
***Counsel for Plaintiff***

_____
**Larry A. Matthys**