AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

**FILED**

March 06, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____

AM

DEPUTY

### JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER:

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
*Date*

_____
*Clerk*

_____ *Alvin Martinez*
*(By) Deputy Clerk*